# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CV3797                                    Purchased/Filed: May 15, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*                  Plaintiff

against

*Pitkin Carpet Inc.*                                          Defendant

---

STATE OF NEW YORK            SS.:
COUNTY OF ALBANY

_____ Jessica  Miller _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ May 23, 2007 _____ , at __2:00 pm__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint and Judges' Rules

on

_____ Pitkin Carpet Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Donna Christie _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___38___     Approx. Wt: ___145___     Approx. Ht: ___5'5"___

Color of skin: __White__     Hair color: __Blonde__   Sex: ___F___     Other: _____

Sworn to before me on this

__24th__  day of _____ May, 2007 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica  Miller

Invoice•Work Order # SP0704357