United States District Court
Southern District of New York

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07
```

---

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND et al.,

                Plaintiffs

       - against -

PITKIN CARPET, INC.,

                Defendant.

---

07 Civ. 3797 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Order to Show Cause for a default judgment is adjourned until **Friday, July 27, 2007 at 2:30 p.m.** The defendant is instructed that it may only make an appearance in this Court through counsel. If the defendant fails to appear through counsel at that time, the Court may enter a default judgment in the case, in which event the defendant will have no trial.

SO ORDERED.

Dated: New York, New York
       July 19, 2007

                                          John G. Koeltl
                                        United States District Judge