UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

07 CV 3797 (JGK)
ECF CASE

**DEFAULT JUDGMENT**

                              Plaintiffs,

             -against-

PITKIN CARPET INC.,

                              Defendant.
------------------------------------------------------------------------X

This action having been commenced on May 15, 2007 by the filing of a Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant Pitkin

Carpet Inc. on May 23, 2007 by delivering two (2) true copies of the same to the Secretary of the State

of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a proof of

service having been filed on May 30, 2007 and the defendant not having answered the Complaint, and

the time for answering the Complaint having expired, and the Clerk of the Court having issued its

certificate of default on July 5, 2007, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against

Defendant, pursuant to the arbitration award, in the principal amount of $489,250.00 plus interest of

ten percent (10%) per annum from the date of said award, March 30, 2007, through the date of entry of

this judgment, totaling _____, in addition to attorneys' fees and costs in the amount of

$1,185.00 for a total of _____.


Dated: _____
       New York, New York

_____
Honorable John G. Koeltl
United States District Judge

This document was entered on the docket
on _____.

2